NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEFAN L. TIMMONS,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2024-1638

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-16-0331-I-1.

---

**JUDGMENT**

---

ANDREW BARROW SCHROEDER, Eric Siegel Law, PLLC, Washington, DC, argued for petitioner. Also represented by ERIC LEE SIEGEL.

MOLLIE LENORE GROPP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court